No. 03–6120. GILLESPIE *v.* PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 03–6129. HETTLER *v.* DODY. Sup. Ct. Colo. Certiorari denied.

No. 03–6137. NELSON *v.* BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–6161. LINDSAY *v.* PIZZA HUT OF AMERICA, INC., ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–6174. NGUYEN *v.* ILLINOIS DEPARTMENT OF CENTRAL MANAGEMENT SERVICES ET AL. C. A. 7th Cir. Certiorari denied.

No. 03–6176. BRYANT *v.* RUSHTON, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 03–6181. ENGRO *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 03–6187. LEPAGE *v.* IDAHO. Ct. App. Idaho. Certiorari denied.

No. 03–6189. KEFALOS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 03–6201. RODRIGUEZ *v.* LOUISIANA. Ct. App. La., 5th Cir. Certiorari denied.

No. 03–6204. IRBY *v.* KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 03–6209. MURCHISON *v.* UNITED STATES; and No. 03–6320. IRVING *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. Reported below: 66 Fed. Appx. 480.

No. 03–6211. HUDSON *v.* VIRGINIA. Sup. Ct. Va. Certiorari denied.

No. 03–6216. SHELVY *v.* POTTER, POSTMASTER GENERAL. C. A. 7th Cir. Certiorari denied.